474 A.2d 660

Commonwealth v. Ulisky, Appellant.

Petition for Allowance of Appeal Denied Jan. 9, 1985.

Argued October 26, 1983. Richard E. Goldinger, Assistant Public Defender, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., filed a dissenting memorandum.